IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff**, | § § | |
| v. | § § | Case No.: 3:20-cv-00822-G |
| **JEFFREY D. CORDES, WILLIAM M. AISENBERG, AND THOMAS J. FELTON,** | § § § § | |
| **Defendants.** | § § § | |

### UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AGAINST DEFENDANT WILLIAM M. AISENBERG

Plaintiff Securities and Exchange Commission ("SEC") files this Unopposed Motion to Enter Final Judgment against Defendant William M. Aisenberg ("Aisenberg"), and respectfully shows the Court as follows:

1. The SEC filed this civil action on April 8, 2020, alleging violations of the federal securities laws.  *See* Dkt. No. 1.

2. The SEC has reached a settlement with Aisenberg, who has executed a written consent ("Consent"), attached hereto as Exhibit A, which sets out the terms of the agreement. Under the terms of the Consent, Aisenberg, *inter alia*: (a) waives service of a summons; (b) enters a general appearance; (c) admits the Court's jurisdiction over him and over the subject matter of this action; (d) waives the entry of findings of fact and conclusions of law; (e) consents to the entry of the Final Judgment; and (f) waives any right to appeal from the final judgment ("Final Judgment"), which is attached hereto as Exhibit B.  Further, counsel for Aisenberg has reviewed the Consent and Final Judgment and has signed the Consent to reflect his approval as to form.  *See* Exhibit A, p. 6.

3. The Final Judgment provides that Aisenberg is, *inter alia*:

    (a) enjoined from future violations of Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)] and Sections 10(b) and 13(b)(5) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78j(b) and 78m(b)(5)] and Rules 10b-5, 13a-14, 13b2-1, and 13b2-2 thereunder [17 C.F.R. §§ 240.10b-5, 240.13a-14, 240.13b2-1, and 240.13b2-2];

    (b) enjoined from aiding and abetting future violations of Sections 13(a), 13(b)(2)(A), and 13(b)(2)(B) of the Exchange Act [15 U.S.C. §§ 78m(a), 78m(b)(2)(A), and 78m(b)(2)(B)] and Rules 12b-20, 13a-1, 13a-11, and 13a-13 thereunder [17 C.F.R. §§ 240.12b-20, 240.13a-1, 240.13a-11, and 240.13a-13];

    (c) prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)]; and

    (d) ordered to pay a civil penalty in the amount of $173,437 under Section 20(d) of the Securities Act [16 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].

4. The Final Judgment disposes of all issues in the SEC's case against Aisenberg. However, as set forth in the Final Judgment, this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms in the Final Judgment.

5. Thus, the SEC respectfully requests that the Court enter the Final Judgment consented to by Aisenberg.

Dated: April 8, 2020

Respectfully submitted,

*Jason P. Reinsch*
Jason P. Reinsch
Texas Bar No. 24040120
United States Securities and Exchange Commission
Fort Worth Regional Office
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2601 (phone)
(817) 978-4927 (facsimile)
ReinschJ@SEC.gov

ATTORNEY FOR PLAINTIFF SECURITIES
AND EXCHANGE COMMISSION

## CERTIFICATE OF CONFERENCE

Pursuant to the attached Consent, Aisenberg agrees that the SEC may, without further notice, present the Final Judgment to the Court for entry. *See* <u>Exhibit A</u> at ¶15. Further, I conferred with counsel for Aisenberg, who confirmed he is unopposed to the filing of this motion and to the relief requested.

*Jason P. Reinsch*
JASON P. REINSCH

**CERTIFICATE OF SERVICE**

  I affirm that on April 8, 2020, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants, constituting service as provided in LR 5.1 (d).

  I further certify that on April 8, 2020, I served a true and correct copy of the foregoing document on the following parties and persons entitled to notice that are non-CM/ECF participants:

| | |
|---|---|
| Todd Murray, Esq.<br>Foley Gardere<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>214-999-4862<br>tmurray@foley.com<br><br>*Attorney for Defendants*<br>*Jeffrey D. Cordes and William M. Aisenberg* | David W. Klaudt, Esq.<br>Greenberg Traurig, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas  75201<br>klaudtd@gtlaw.com<br><br>*Attorney for Defendant*<br>*Thomas J. Felton* |

            *Jason P. Reinsch*
            JASON P. REINSCH